AO 455 (Rev. 12/03) Waiver of Indictment

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.

Miguel Angel Herrera-Hernandez

## WAIVER OF INDICTMENT

CASE NUMBER: 08 CR 1483 - BTM

I, Miguel Angel Herrera-Hernandez, the above named defendant, who is accused of

18 U.S.C. Section 1001 - False Statement to a Federal Officer

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 08/12/08 (*Date*) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

FILED
AUG 12 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

Miguel Herrera
*Defendant*

*Counsel for Defendant*

Before
*Judge*

K:\COMMON\CSA\forms\2005\Waiver_indi.wpd